JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE SAAVEDRA, | Case No. CV 21-6999 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| EVERI PAYMENTS, INC., ET AL., | |
| Defendants. | |

In accordance with the Court's April 11, 2022 Order granting the Motion to Dismiss filed by defendants Everi Payments, Inc. and Everi Holdings, Inc. ("Defendants") and dismissing plaintiff Sadie Saavedra's ("Plaintiff") Second Amended Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendants shall have their costs of suit.

DATED: April 11, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE